Prob 12C
(6/19)

# UNITED STATES DISTRICT COURT
for the District of Maine
## Petition for Warrant or Summons for Offender under Supervision

**Name of Offender:** Ahmed Mohamed aka Woo     **Case Number:** 0100 2:18CR00125

**Sentencing Judicial Officer:** Honorable George Z. Singal, U.S. District Judge

**Assigned Judicial Officer:** Honorable Nancy Torresen, U.S. District Judge

**Date of Original Sentence:** June 03, 2019

**Original Offense:** Possession with Intent to Distribute Cocaine Base, 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

**Original Sentence:** 46 Months Imprisonment; 3 Years Supervised Release

**Date of First Revocation:** May 15, 2024

**First Revocation Sentence:** 6 Months Imprisonment; 2 Years Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** August 16, 2024

| Assistant U.S. Attorney: | Defense Attorney: |
|---|---|
| John Nathans | Joel C. Vincent |

## PETITIONING THE COURT

☒ To issue a warrant/matter to be sealed pending arrest or until detainer is lodged.
☐ To issue a warrant/matter to be sealed pending arrest. Attachment to remain sealed after arrest.
☐ To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| One | **Violation of Special Condition No. 5: Defendant shall reside at a sober living facility, as approved by the supervising officer, for a** |

Prob 12C
(6/19)

Petition for Warrant or Summons
for Offender Under Supervision

|  |  | period up to 6 months, to begin as soon as practicable following release. |
|---|---|---|
|  |  | On August 30, 2024, the defendant moved to Hillview Sober Living, a sober home, in Portland, as directed by the undersigned officer. On **September 22, 2024**, the defendant was discharged from Hillview Sober Living, due to his use of marijuana and "spice." |
|  |  | On **September 27, 2024**, the defendant failed to report to Phoenix House, a sober home, in Auburn, as directed. |
|  | Two | **Violation of Special Condition No. 2**: Defendant shall not use or possess any controlled substance, alcohol or other intoxicant; and shall participate in a program of drug and alcohol abuse therapy to the supervising officer's satisfaction. Defendant shall pay/co-pay for services during such treatment to the supervising officer's satisfaction. Defendant shall not obstruct or tamper, or try to obstruct or tamper, in any way, with any tests. |
|  |  | On August 26, 2024, the defendant submitted a presumptive positive urine test for marijuana and alcohol. When contacted by the undersigned officer, the defendant admitted to using marijuana and consuming alcohol on **August 25, 2024.** |
|  |  | On September 5, 2024, the defendant submitted a presumptive positive urine test for marijuana. At that time, the defendant admitted to Deputy Chief U.S. Probation Officer, Scott Hastings, to smoking marijuana on **August 30, 2024.** |
|  |  | On **September 9, 2024**, the defendant failed to report for urinalysis testing. When contacted by the undersigned officer, the defendant stated he forgot his drug testing letter in Lewiston, so he forgot to call the drug testing phone line. |
|  |  | On **September 12, 2024**, the defendant submitted a presumptive positive urine test for marijuana. When contacted by the undersigned officer, the defendant denied drug use. The sample was sent to the National Laboratory and confirmed positive for marijuana. |
|  |  | On **September 23, 2024**, the defendant submitted a presumptive positive urine test for marijuana and alcohol. When contacted by the undersigned officer, the defendant initially denied drug and alcohol use, but later admitted that he thought he may have used. The sample was sent to the National Laboratory and is pending confirmation. |
|  | Three | **Violation of Special Condition No. 1**: The defendant shall participate in mental health treatment, to include anger management, as directed by the supervising officer, until released from the program by the supervising officer. Defendant shall pay/co-pay for services during such treatment, to the supervising officer's satisfaction. |

Prob 12C  
(6/19)

Petition for Warrant or Summons  
for Offender Under Supervision

| | |
|---|---|
| | On **September 26, 2024**, Catholic Charities contacted the undersigned officer and reported the defendant failed to report for his scheduled dual diagnoses assessment that same date. When contacted by the undersigned officer, the defendant stated he forgot that he was scheduled because he broke his cell phone. |
| Four | **Violation of Standard Condition No. 1: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.**<br><br>On August 16, 2024, the defendant released from the Bureau of Prisons. On that date, the undersigned officer directed him to report to the Probation Office on August 19, 2024, which he agreed to. On **August 19, 2024**, the defendant failed to report. |

**U.S. Probation Officer Recommendation:**

☒ The term of supervision should be:

    ☒ revoked.

    ☐ extended for {years} for a total of {years} years.

☐ the conditions of supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct.

Executed on: September 30, 2024

Respectfully Submitted,

By:  
Autumn Murtagh  
U.S. Probation Officer

Prob 12C
(6/19)

Petition for Warrant or Summons
for Offender Under Supervision

Reviewed:

Scott Hastings
Deputy Chief U.S. Probation Officer
9/30/2024

Prob 12C  
(6/19)

Petition for Warrant or Summons  
for Offender Under Supervision

# SUPERVISED RELEASE VIOLATION COVER SHEET

**Name:** Ahmed Mohamed

**Y/O/B:**    1995

**Offense(s) of Conviction and Classification:** Possession with Intent to Distribute Cocaine Base, Class C Felony

**Original Sentence**: 46 Months Imprisonment; 36 Months Supervised Release

**Date Imposed**: June 03, 2019

**Available Penalties for Current Violation (with statutory reference)**; 18 months custody, 18 U.S.C. § 3583(e)(3)

**Additional Period of Release:** Up to Life, 18 U.S.C. 3583(h)

Supervising U.S. Probation Officer  
Autumn G. Murtagh